# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No:  15-cr-208-BAS |
| v. | ) | |
| Daijon Vailes | ) | |

**PLEASE RECEIPT AND RETURN**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (✓) Ad Prosequendum            ( ) Ad Testificandum.

**Name of Detainee:** Daijon Vailes
**Detained at (custodian):** George Bailey Detention Facility

Detainee is:  a.)  (✓) charged in this district by:
  ( ) Indictment    ( ) Information    ( ) Complaint
  Charging Detainee With: a violation of Supervised Release
or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ( ) return to the custody of detaining facility upon termination of proceedings
or  b.)  (✓) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on September 12, 2024, at 2:00 p.m. in the courtroom of the Honorable Benjamin Cheeks for initial appearance on a revocation of supervised release.

I hereby attest and certify on 8/9/2024
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Signature: Derek Ko
Printed Name & Phone no.: Derek Ko, 619-546-7680
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
  (✓) Ad Prosequendum            ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 9, 2024
_____
Date

_____
United States Magistrate Judge  (SEAL)

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 24701249 | DOB: | 08/24/1996 |
| Facility Address: | George Bailey Detention Facility | Race: | Black |
| | 446 Alta Rd. Ste. 5300, San Diego CA 92158 | FBI#: | 782222XD1 |
| Facility Phone: | 619-210-0385 | | |
| Currently Incarcerated For: | Pending sentencing for Pimping, PC 266h | | |

### RETURN OF SERVICE

Executed on: _____  by: _____

_____
(Signature)

Form Crim-48                                                                                                          Revised 7/25/14